UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Plaintiffs,

v.                            CASE No. 8:13-CV-1932-T-36TGW

PHYSICIANS GROUP OF SARASOTA,
LLC, et al.,

    Defendants.

## ORDER

THIS CAUSE came on for consideration upon the Plaintiffs' Motion for Entry of Protective Order (Doc. 75), and the response thereto (Doc. 80). For the reasons stated at the hearing, it is, upon consideration

ORDERED:

That the Plaintiffs' Motion for Entry of Protective Order (Doc. 75) is hereby GRANTED to the extent that the Protective Order (Doc. 75-1) shall be entered. In addition, if the defendants designate any material as "for attorney's eyes only," the material shall not be disclosed to anyone other than the attorneys working directly on this case, unless the plaintiffs object and the court subsequently overrules the designation.

DONE and ORDERED at Tampa, Florida, this 14th day of November, 2014.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE