**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE & CASUALTY COMPANY,

    Plaintiffs,

v.                                 CASE NO: 8:13-cv-01932-EAK-TGW

PHYSICIANS GROUP OF SARASOTA, L.L.C.,
PHYSICIANS GROUP, L.L.C., a foreign Delaware
Corporation, GARY KOMPOTHECRAS, DAVID
BALOT, DB MEDICAL CONSULTING, INC.,
W.S. MEDIA, INC., a foreign Delaware corporation,
W.S. MARKETING, INC., and WILLIAM SIGELAKIS,

    Defendants.

PHYSICIANS GROUP, L.L.C., a foreign Delaware
Corporation,

    Counterclaim Plaintiff

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE & CASUALTY COMPANY,

    Counterclaim Defendants
_____/

**AFFIDAVIT OF GARY KOMPOTHECRAS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY RELATING TO SUBPOENA DUCES TECUM OF DEFENDANTS PROPOUNDED TO MATTHEW KANNADY**

**STATE OF FLORIDA**

**COUNTY OF SARASOTA**

1

1. I am over the age of 18 years of age and have personal knowledge of the statements that are made in this declaration and would competently testify to them in a Court of law if called upon to do so.

2. The correct name of the law firm that employed Mr. Anthony Gadlage for seven months in 2010-2011 is Winters, Yonker & Rouselle, P.S.C., a Kentucky professional services company.

3. I am personally acquainted with Matthew Kannady and he is not a licensed Florida attorney nor has he ever practiced law in the State of Florida, but he is licensed and does practice law in the State of Kentucky.

4. 1 (800) ASK GARY is a telephone number used in advertising by W.S. Media, Inc. and previously by W.S. Marketing, Inc. and has never been the name of any lawyer referral service, in either Florida or Kentucky.

5. Kentucky Spine & Rehab, P.S.C. does advertise in Kentucky using the 1-800-ASK-GARY telephone number, but has never advertised "a medical and legal referral service" in Kentucky.

6. Kentucky Spine & Rehab, P.S.C. is not now, nor has it ever been owned, in whole or part by me, but is 100% owned by a licensed Kentucky Osteopathic Physician.

8. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Executed this 24th day of June, 2014 at Sarasota County, Sarasota, Florida,

2

YOUR AFFIANT SAYETH NAUGHT

_____
GARY KOMPOTHECRAS

There appeared before me, the undersigned authority, on this 24th day of June, 2014, Gary Kompothecras, who is personally known to me.

SEAL

_____
Notary Public

My Commission Expires 4-7-2015

NOTARY PUBLIC-STATE OF FLORIDA
Gregory A. Zitani
Commission # EE081999
Expires: APR. 07, 2015
BONDED THRU ATLANTIC BONDING CO., INC.